IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:17CR275 |
| --- | --- |
| Plaintiff, | |
| vs. | ORDER |
| BRIDGET REDDING | |
| Defendant. | |

This matter is before the court on the defendant's unopposed Motion to Continue Trial [19]. Counsel is seeking additional time to complete their investigation and prepare for trial. The defense has also provided the government with exculpatory evidence that would require additional review. For good cause shown,

**IT IS ORDERED** that the defendant's unopposed Motion to Continue Trial [19] is granted as follows:

1. The jury trial, now set for December 5, 2017, is continued to **February 6, 2018.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and February 6, 2018,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated this 1st day of December, 2017.

BY THE COURT:

s/Susan M. Bazis
United States Magistrate Judge