IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>BRIDGET REDDING,<br><br>    Defendant. | 8:17CR275<br><br>ORDER FOR DISMISSAL |

  Pursuant to Motion of the United States (Filing No.21), leave of court is granted for the filing of the dismissal of the Indictment against Bridget Redding.

  IT IS ORDERED that the Motion to Dismiss the Indictment a (Filing No.21) is granted.

Dated this 26th day of December, 2017.

            BY THE COURT:


            s/Laurie Smith Camp
            LAURIE SMITH CAMP
            United States District Court Judge